**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1404**

GEORGE ALEXANDER YARID,

                    Plaintiff – Appellant,

          v.

JEAN JACK GIBSON; LUIS B. CALEX; HARRY BENSON; REGINALD P.
FRANKLIN,

                    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge. (3:10-cv-00143-JRS)

Submitted:  September 30, 2010        Decided:  October 7, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Alexander Yarid, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Alexander Yarid appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Yarid v. Gibson, No. 3:10-cv-00143-JRS (E.D. Va. Apr. 2, 2010). Yarid's motions to seal are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED